UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVIA KNOPP,

    Plaintiff,

v.

CDX FERRY CONCESSIONS, a Washington Satate Corporation; MICHAEL CHO and FRANCIS CHO, husband and wife,

    Defendants.

Case No. C08-5441 FDB

ORDER TO SHOW CAUSE
RE: PROPER VENUE

The Plaintiff is Ordered to show cause by February 4, 2009 why this case should not be transferred to the Seattle Division of the Western District of Washington. See Local Civ. R. 5(e). Defendants may file a response no later than February 13, 2009.

DATED this 22nd day of January, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1